IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                 **PLAINTIFF**
**ADC #114018**

v.                                        Case No. 3:20-cv-00325-LPR

**MICHELE JONES**                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Gary Leon Webster's Complaint is DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE